# IN THE SUPREME COURT OF TENNESSEE
## AT NASHVILLE
February 2, 2005 Session

## OVERNITE TRANSPORTATION CO. v. TEAMSTERS LOCAL UNION NO. 480, ET AL.

**Chancery Court for Davidson County**
**No. 99-3105-III**

---

**No. M2002-02116-SC-R11-CV**

---

**ORDER - Filed May 20, 2005**

It appearing to the Court that the opinion released May 16, 2005, in this cause contained an error which cannot be easily and immediately corrected;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the opinion and judgment filed May 16, 2005, in this cause be and the same is hereby vacated without substitution of a corrected opinion and judgment therefor and without the taxing of costs.

PER CURIAM